**Order entered December 21, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01124-CV

**ROBERT ALLEN MILLER, Appellant**

**V.**

**SHAWN RAE MILLER, Appellee**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54375-2018**

## ORDER

Before the Court is appellant's December 19, 2018 motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **January 24, 2019**. We caution appellant that further extension requests will be disfavored.

/s/      ADA BROWN
           JUSTICE